UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**   **ARLENE R. LINDSAY**   **DATE: 1/12/2021**
United States Magistrate Judge
**TIME: 11:30 a.m.**

**DOCKET NO: 19-3928 (ARL)**

**CASE: Lopez v. E.L.M. Pie Bar, Inc., et al**

___ **INITIAL CONFERENCE**

___ **STATUS CONFERENCE**

___ **SCHEDULING CONFERENCE**   **BY TELEPHONE X**

___ **SETTLEMENT CONFERENCE**

___ **FINAL CONFERENCE**

**X** **FAIRNESS HEARING**

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Denise Schulman | Gerard Fisberg |
| | Yale Pollack | |

**The following rulings were made:**

Based upon the statements placed on the record and pursuant to the principles set forth in Kolinsky v. Scholastic Inc., 900 F. Supp. 2d 332 (S.D.N.Y. 2012) and Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), cert. Denied, 136 S. Ct. 824 (2016), the agreement is approved.

Counsel shall file a Stipulation of Discontinuance.

**SO ORDERED:**

/s/