UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RACHEL LOPEZ, on behalf of herself and others similarly situated,

Civil Action No.: 19 CV 3928 (LDH)(JO)

Plaintiff,

-against-

THE E.L.M PIE BAR INC. D/B/A AMERICANO PIE BAR, LORENZO BRANCHINELLI, MAXWELL BRANCHINELLI, and ROSANNA CONTI,

Defendants.
-----------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that the Fair Labor Standards Act and New York Labor Law claims in this action have been discontinued and are hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

1

Dated: New York, New York
        Nov. 10            , 2020

_____
Denise A. Schulman
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004

Yale Pollack
LAW OFFICES OF YALE POLLACK, P.C.
66 Split Rock Road
Syosset, New York 11791

*Attorneys for Plaintiffs*

_____
Gerard Fishberg
Thomas Wassel
CULLEN & DYKMAN LLP
100 Quentin Roosevelt Blvd.
Garden City, NY 11530

*Attorneys for Defendants*

So Ordered: _____
            Hon. ~~James Orenstein (U.S.M.J.)~~
                 ~~LaShann DeArcy Hall (U.S.D.J.)~~
                 Arlene R. Lindsay (U.S.M.J.)

2